IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RALPH MALONE
ADC #143901                                                              PETITIONER

v.                              No. 5:15-cv-99-DPM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                       RESPONDENT

ORDER

Unopposed recommendation, № 8, adopted with corrections.* FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motion to amend record, № 9, denied as moot. A certificate of appealability will not issue because Malone's petition is time-barred. *Khaimov v. Crist*, 297 F.3d 783, 786 (8th Cir. 2002).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 July 2015

---

*Under the "Statute of Limitations" heading on page 3, the first document citation should be to № 7 at 3–4; and the first statute citation should be to 28 U.S.C. § 2244(d)(1)–(2).