IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RALPH MALONE
ADC #143901                                                                 PETITIONER

v.                              No. 5:15-cv-99-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                           RESPONDENT

## JUDGMENT

Malone's petition for a writ of habeas corpus, № 1, is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 July 2015